PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

**FILED**
DISTRICT COURT OF GUAM
JAN 17 2007
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 03-00063-006 |
| OSAMU HANADA | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **December 17, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

RECEIVED
JAN 12 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Frederick Black, AUSA
John Gorman, FPD
Guam Bureau of Immigration and Customs Enforcement
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 17th day of January 2007

_____
HON. FRANCES M. TYDINGO-GATEWOOD
Chief Judge
District of Guam

**ORIGINAL**